NORTHERN COUNTIES INV. TRUST, Limited, Appellant, v. STREET et al., Respondents. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by the Northern Counties Investment Trust, Limited, against Charles F. Street and others. E. B. Hill, of New York City, for appellant. C. E. Rushmore, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

NOSK, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Maud Nosk, as administratrix, etc., against the City of New York. No opinion. Motion for reargument (150 N. Y. Supp. 197) denied, without costs.

NUBY, Appellant, v. UNION RY. CO. OF NEW YORK CITY, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Louise Nuby against the Union Railway Company of New York City. J. A. Bernstein, for appellant. J. R. Hilton, of New York City, for respondent. No opinion. Order reversed, with costs, and verdict reinstated. Settle order on notice.

NUGENT v. NUGENT. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Genevieve Nugent against Jennie Nugent, individually and as executrix, etc., of Patrick Nugent, deceased, and others. No opinion. Interlocutory judgment affirmed, with costs.

NUSBAUM v. STEWART. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Phœbe Nusbaum against James C. Stewart. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

In re O'BRIEN. (Supreme Court, Appellate Division, First Department. December 31, 1914.) In the matter of Martin O'Brien. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice.

O'BRIEN, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Matthew O'Brien against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

OCEANIC INVESTING CO., Respondent, v. RODEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by the Oceanic Investing Company against Rudolph A. Rodel, impleaded. F. Bien, of New York City, for appellant. H. M. Bellinger, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'CONNOR v. FULLER. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Julia O'Connor, as executrix, etc., against Maria B. Fuller, as executrix, etc., and the Fuller & O'Connor Construction Company. No opinion. Judgment and order reversed, upon the ground that evidence should have been received as to the indebtedness of the company, and a new trial granted; costs to abide the event.

O'GRADY, Respondent, v. HOWE & ROGERS CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by James M. E. O'Grady, as executor, etc., against the Howe & Rogers Company and others. No opinion. Motion to-add to present calendar denied, without costs.

ORMROD v. HITCHINS et al. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Application of William L. Ormrod for a writ of certiorari against Selden G. Hitchins and others. No opinion. Order affirmed, with costs.

OSHRIN, Respondent, v. SHAPIRO, Appellant. (No. 6594.) (Supreme Court, Appellate Division, First Department. December 24, 1914.) Appeal from Trial Term, New York County. Action by Tillie Oshrin, by her guardian ad litem, etc., against Simon Shapiro. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Robert B. Cumming, of New York City, for appellant. Samuel Hoffman, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, and a new trial ordered, with costs to the appellant to abide the event; the verdict being clearly against the weight of the evidence.

PACE et al. v. AMEND et al. (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1914.) Actions by Francis P. Pace and another against Otto P. Amend and others. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 164 App. Div. 209, 149 N. Y. Supp. 738.

PALM, FECHTLER & CO., Respondents, v. FECHTLER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by the Palm, Fechtler & Co. against Frank Fechtler and another. P. R. Towne, of New York City, for appellants. E. B. Boise, of New York City, for respondents.

PER CURIAM. Judgment and order affirmed, with costs.

SCOTT and HOTCHKISS, JJ., dissent, on the ground that it was error to exclude defendant from proving the expenses involved in making the profit which was charged. Order filed.